NO.
12-07-00186-CR

NO. 12-07-00187-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

§          

 

IN RE: CURTIS ANTONIO DAVIS,          §          ORIGINAL
PROCEEDING

RELATOR

§          

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM
OPINION

PER CURIAM

            In
these original mandamus proceedings, Curtis Antonio Davis seeks an order
requiring the trial court to rule on his applications for habeas corpus (trial
court cause numbers 68,554-A and 71,585-A) relating to two misdemeanor
convictions.  We have received a copy of
two orders, one in each trial court cause, signed on July 20, 2006 denying Davis’s
habeas applications.  Accordingly, we
dismiss Davis’s petitions for writ of mandamus as moot.

Opinion delivered June 29, 2007.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

(DO
NOT PUBLISH)